1  BENJAMIN B. WAGNER
   United States Attorney
2  MARK J. MCKEON
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, California 93721
4
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099
6  Attorneys for the
     United States of America
7

8              IN THE UNITED STATES DISTRICT COURT

9                EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,              CASE NO.  1:15-CR-00130-AWI-BAM

12                      Plaintiff,          STIPULATION AND PROTECTIVE ORDER
                                            BETWEEN THE UNITED STATES AND THE
13            v.                            DEFENDANT MARIE E. SHERRILL

14  MARIE E. SHERRILL,

15                      Defendant.

16

17        WHEREAS, the discovery in this case is voluminous and contains a large amount of personal

18  information including but not limited to Social Security numbers, dates of birth, driver's license

19  numbers, bank account numbers, telephone numbers, and residential addresses ("Protected

20  Information"); and

21        WHEREAS, the parties desire to avoid both the necessity of large scale redactions and the

22  unauthorized disclosure or dissemination of this information to anyone not a party to the court

23  proceedings in this matter;

24        WHEREAS, the parties agree that entry of a stipulated protective order is appropriate.

25        NOW, THEREFORE, defendant MARIE E. SHERRILL, by and through her counsel of record

26  ("Defense Counsel"), and plaintiff the United States of America, by and through its counsel of record,

27

28

hereby agree and stipulate as follows:

      1.     This Court may enter protective orders pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure, and its general supervisory authority.

      2.     This Order pertains to all discovery provided to or made available to Defense Counsel as part of discovery in this case (hereafter, collectively known as "the discovery").

      3.     By signing this Stipulation and Protective Order, Defense Counsel agrees not to share any documents that contain Protected Information with anyone other than Defense Counsel and designated defense investigators and support staff.  Defense Counsel may permit a defendant to view unredacted documents in the presence of her attorney, defense investigators, and support staff.  The parties agree that Defense Counsel, defense investigators, and support staff shall not allow either defendant to copy Protected Information contained in the discovery.  The parties agree that Defense Counsel, defense investigators, and support staff may provide the defendant with copies of documents from which Protected Information has been redacted.

      4.     The discovery and information therein may be used only in connection with the litigation of this case and for no other purpose.  The discovery is now and will forever remain the property of the United States Government.  Defense Counsel will return the discovery to the Government or certify that it has been shredded at the conclusion of the case.

      5.     Defense Counsel will store the discovery in a secure place and will use reasonable care to ensure that it is not disclosed to third persons in violation of this agreement.

      6.     Defense Counsel shall be responsible for advising the defendant, employees, and other members of the defense team, and defense witnesses of the contents of this Stipulation and Order.

///

///

///

///

7.  In the event that either defendant substitutes counsel, undersigned Defense Counsel agrees to withhold discovery from new counsel unless and until substituted counsel agrees also to be bound by this Order.

IT IS SO STIPULATED.

Dated:  May 22, 2015

BENJAMIN B. WAGNER
United States Attorney

 /s/ MARK J. McKEON
MARK J. MCKEON
Assistant United States Attorney

Dated:  May 22, 2015

 /s MARK WADE COLEMAN
MARK WADE COLEMAN
Counsel for Defendant

**ORDER**

IT IS SO ORDERED.

Dated:  **May 26, 2015**

 /s/ Barbara A. McAuliffe

UNITED STATES MAGISTRATE JUDGE