UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1: 15-CR-00130-AWI-BAM |
| Plaintiff, | **ORDER RE: FINANCIAL AFFIDAVIT AND ABILITY TO PAY** |
| v. | |
| MARIE SHERRILL, | |
| Defendant. | |
| _____ / | |

Defendant Marie Sherrill was arraigned on May 11, 2015 and was appointed counsel, without a current financial affidavit. The Court directed that a new financial affidavit needed to the submitted.

On May 26, 2015, Defendant submitted a new financial affidavit, which the Court has reviewed. Defendant is admonished that if the court later finds that you are able to pay for counsel, you may be ordered to reimburse for the costs of the court appointed counsel. 18 U.S.C. 3006A(c).

IT IS SO ORDERED.

Dated:   **May 27, 2015**                    /s/ *Barbara A. McAuliffe*
                                             UNITED STATES MAGISTRATE JUDGE

1