PHILLIP A. TALBERT
United States Attorney
MARK J. McKEON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>MARIE E. SHERRILL,<br><br>　　　　　Defendant. | No. 1:15-CR-00130-DAD-BAM<br><br>APPLICATION FOR PRELIMINARY ORDER OF FORFEITURE AND PUBLICATION THEREOF AND ORDER |

On August 23, 2017, plaintiff United States of America and defendant Marie E. Sherrill entered into a plea agreement in which the defendant agreed to forfeit her right, title, and interest in the below-described property. Plaintiff hereby applies for entry of a Preliminary Order of Forfeiture as to the interest of defendant Marie E. Sherrill, as follows:

1. Pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Fed. R. Crim. P. 32.2(b) defendant Marie E. Sherrill's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

　　　a. Approximately $6,658.92 in U.S. Currency seized from Wells Fargo Bank account number 8328019032 held in the name of Paypa Trail Entertainment, LLC,

　　　b. Approximately $120,772.00 in U.S. Currency,

    c. Approximately $21,770.00 in U.S. Currency, and

    d. A personal money judgment against Marie E. Sherrill in an amount equal to the restitution ordered to be paid to the non-governmental victims in an amount not to exceed $1.4 million, less any forfeited funds.

  2. The above-listed assets are property which constitutes or are derived from proceeds traceable to a violation of 18 U.S.C. § 1343, a specified unlawful activity as defined in 18 U.S.C. § 1956, or a conspiracy to commit such offense.

  3. Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the U.S. Marshals Service, in its secure custody and control.

  4. a. Pursuant to 28 U.S.C. § 2461(c), incorporating 21 U.S.C. § 853(n), and Local Rule 171, the United States shall publish notice of the order of forfeiture. Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site www.forfeiture.gov. The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

    b. This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from receipt of direct written notice, whichever is earlier.

  5. If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Fed. R. Crim. P. 32.2(b), in which all interests will be addressed.

  6. The government, in its discretion, shall conduct discovery, including written discovery, the taking of depositions, and the issuance of subpoenas, in order to identify, locate

or dispose of property subject to forfeiture in accordance with Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure.

Dated: September 5, 2017

PHILLIP A. TALBERT
United States Attorney

 /s/ Mark M. McKeon
MARK J. McKEON
Assistant U.S. Attorney

IT IS SO ORDERED.

Dated: **September 5, 2017**

UNITED STATES DISTRICT JUDGE