MARK W. COLEMAN #117306
NUTTALL COLEMAN & DRANDELL
2333 MERCED STREET
FRESNO, CALIFORNIA 93721
PHONE (559) 233-2900
FAX (559) 485-3852
mark@nuttallcoleman.com

ATTORNEYS FOR Defendant, MARIE SHERRILL

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARIE SHERRILL,<br><br>Defendant. | Case No. 1:15-CR-00130-DAD-BAM<br><br>STIPULATION AND ORDER<br>TO CONTINUE SENTENCING |

TO: THE UNITED STATES DISTRICT COURT; UNITED STATES ATTORNEY'S OFFICE and/or ITS REPRESENTATIVES:

IT IS HEREBY STIPULATED and agreed by and between attorneys for the respective clients that the Sentencing hearing currently on calendar for November 13, 2017, at 10:00 a.m., be continued to December 4, 2017, at 10:00 a.m., or as soon thereafter as is convenient to the court's calendar.

IT IS FURTHER STIPULATED that the deadlines for the Presentence schedule, including the filing informal and formal objections to the Pre-Sentence Investigation Report, be scheduled as follows:

   Informal Objections to be served on or before November 13, 2017.

   Formal Objections to be filed on or before November 27, 2017.

| | |
|---|---|
| 1 | This continuance is requested by counsel for Defendant, MARIE SHERRILL, due to the fact that additional time is needed for Ms. Sherrill to meet with counsel to review the probation report and prepare informal objections. |

This continuance is requested by counsel for Defendant, MARIE SHERRILL, due to the fact that additional time is needed for Ms. Sherrill to meet with counsel to review the probation report and prepare informal objections.

Counsel for Defendant has corresponded with with Assistant U.S. Attorney, MARK McKEON who has no objection to this continuance.

Dated: October 23, 2017.   Respectfully Submitted,

NUTTALL COLEMAN & DRANDELL

/s/ Mark W. Coleman

MARK W. COLEMAN
Attorney for Defendant,
MARIE SHERRILL

Dated: October 23, 2017.   UNITED STATES ATTORNEY'S OFFICE

/s/ Mark McKeon

MARK MCKEON
Assistant U.S. Attorney

* * * * * * *

O R D E R

The court has reviewed and considered the stipulation of the parties to continue the sentencing in this case. Good cause appearing, the sentencing hearing as to the above named defendant currently scheduled for November 13, 2017, is continued until December 4, 2017, at 10:00 a.m. in courtroom 5 before District Judge Dale A. Drozd. Informal Objections to be served on or before November 13, 2017. Formal Objections to be filed on or before November 27, 2017.

IT IS SO ORDERED.

Dated: **October 23, 2017**   _/s/ Dale A. Drozd_
                             UNITED STATES DISTRICT JUDGE