MARK W. COLEMAN #117306
NUTTALL COLEMAN & DRANDELL
2333 MERCED STREET
FRESNO, CALIFORNIA 93721
PHONE (559) 233-2900
FAX (559) 485-3852
mark@nuttallcoleman.com

ATTORNEYS FOR Defendant, MARIE SHERRILL

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARIE SHERRILL,<br><br>Defendant. | Case No. 1:15-CR-00130-001 DAD<br><br><br>STIPULATION AND ORDER TO CONTINUE SENTENCING |

TO:    THE UNITED STATES DISTRICT COURT; UNITED STATES ATTORNEY'S OFFICE and/or ITS REPRESENTATIVES:

IT IS HEREBY STIPULATED and agreed by and between attorneys for the respective clients that the Sentencing hearing currently on calendar for December 4, 2017, at 10:00 a.m., be continued to January 8, 2018, at 10:00 a.m., or as soon thereafter as is convenient to the court's calendar.

IT IS FURTHER STIPULATED that the deadlines for the Presentence schedule, including the filing informal and formal objections to the Pre-Sentence Investigation Report, be scheduled as follows:

Formal Objections to be filed on or before December 29, 2017.

This continuance is requested by counsel for Defendant, MARIE SHERRILL, due to the fact that counsel unfortunately had a computer issue come up on Tuesday, November 21, 2017, in that his computer was hacked, resulting in lost work-time of several days.  Therefore, Counsel needs additional time to meet with Ms. Sherrill to review the probation report and prepare formal objections/sentencing memorandum.

Counsel for Defendant has corresponded with with Assistant U.S. Attorney, MARK McKEON who has no objection to this continuance.

Dated: November 28, 2017.    Respectfully Submitted,

NUTTALL COLEMAN & DRANDELL

/s/ Mark W. Coleman

MARK W. COLEMAN
Attorney for Defendant,
MARIE SHERRILL

Dated: November 28, 2017.    UNITED STATES ATTORNEY'S OFFICE

/s/ Mark McKeon

MARK MCKEON
Assistant U.S. Attorney


**O R D E R**

The court has reviewed and considered the stipulation of the parties to continue the sentencing in this case.  Good cause appearing, the sentencing hearing as to the above named defendant currently scheduled for December 4, 2017, is continued until January 8, 2018, at 10:00 a.m. in courtroom 5 before District Judge Dale A. Drozd.

IT IS SO ORDERED.

Dated:  __**November 29, 2017**__          _____
                                                                       UNITED STATES DISTRICT JUDGE

2