McGREGOR W. SCOTT
United States Attorney
MARK J. McKEON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:15-CR-00130-001 DAD |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE SENTENCING |
| v. | DATE: January 16, 2018 |
| MARIE SHERRILL, | TIME: 10:00 a.m. |
| Defendant. | COURT: Hon. Dale A. Drozd |

IT IS HEREBY STIPULATED and agreed by and between attorneys for the respective clients that the Sentencing hearing currently on calendar for January 8, 2018, at 10:00 a.m., be continued to February 5, 2018, at 10:00 a.m., or as soon thereafter as is convenient to the court's calendar.

IT IS FURTHER STIPULATED that the deadlines for the Presentence schedule be scheduled as follows:

Response to Formal Objections to be filed on or before January 29, 2018.

This continuance is requested by counsel for the United States. On December 28, 2017, counsel for the defendant filed formal objections and her sentencing memorandum. Counsel for the government was on annual leave when this was filed, and just saw the filing the morning. The continuance is requested in order to give the government time to file a timely response to the formal objections. In addition, the FBI case agent will be unavailable from January 9, 2018 through January 29, 2018, and her presence may be necessary because of some of the factual issues raised in the formal objections.

///

1

| | |
|---|---|
| Counsel for the United States has corresponded with counsel for the defendant, MARK COLEMAN, who has no objection to this continuance. | |
| Dated: January 3, 2018 | McGREGOR W. SCOTT<br>United States Attorney |
| | By: /s/ MARK J. McKEON<br>MARK J. McKEON,<br>ASSISTANT U.S. ATTORNEY |
| Dated: January 3, 2018 | NUTTALL COLEMAN & DRANDELL |
| | By: /s/ MARK W. COLEMAN<br>MARK W. COLEMAN Attorney<br>for defendant, MARIE SHERILL |

**ORDER**

The court has reviewed and considered the stipulation of the parties to continue the sentencing in this case. Good cause appearing, the sentencing hearing as to the above named defendant currently scheduled for January 8, 2018, is continued until February 5, 2018, at 10:00 a.m. in courtroom 5 before District Judge Dale A. Drozd.

IT IS SO ORDERED.

Dated: **January 3, 2018**

UNITED STATES DISTRICT JUDGE