**MARK W. COLEMAN #117306**
**NUTTALL COLEMAN & DRANDELL**
2333 MERCED STREET
FRESNO, CALIFORNIA 93721
PHONE (559) 233-2900
FAX (559) 485-3852

ATTORNEYS FOR Defendant,
MARIE SHERRILL

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARIE SHERRILL,<br><br>Defendant. | CASE NO.: 1:15-cr-00130-DAD-BAM<br><br>**STIPULATION AND ORDER FOR CONTINUANCE OF DEFENDANT'S SURRENDER DATE** |

IT IS HEREBY STIPULATED and agreed by and between attorneys for the respective clients that Defendant, Marie Sherrill's, surrender date of March 28, 2018, be extended to April 25, 2018.

The reason for this request is that Defendant must tend to court matters currently pending in the Tulare County Superior Court. Ms. Sherrill has a pending criminal case, Case No. PCF359304, in Tulare County Superior Court, with a court date of April 12, 2018. Her attorney in that case has requested that her surrender date be extended, if possible, so Ms. Sherrill can appear in court at the next date so that the case can possibly be resolved.

///

///

///

///

1

Counsel for Defendant has spoken with Assistant U.S. Attorney, MARK McKEON, who has no objection to this request.

Dated: March 20, 2018.   Respectfully Submitted,

NUTTALL COLEMAN & DRANDELL

 /s/ Mark W. Coleman

MARK W. COLEMAN
Attorney for Defendant,
MARIE SHERRILL

Dated: March 20, 2018.   UNITED STATES ATTORNEY'S OFFICE

 /s/   Mark McKeon

MARK McKEON
Assistant U.S. Attorney

\* \* \* \* \* \* \*

**O R D E R**

The court has reviewed and considered the stipulation of the parties requesting an extension of the surrender date in this case. Good cause appearing, Marie E. Sherrill is ordered to self-surrender before 2:00 p.m. on April 25, 2018, to the institution designated by the Bureau of Prisons or if no such designation has been made to the custody of the United States Marshal Service located in the Eastern District of California, Fresno. Defendant will remain under the same terms and conditions of pretrial release pending her surrender. The Clerk of the Court is directed to amend the judgment and commitment order. No further extensions of time for this purpose will be granted absent a compelling showing of good cause.

IT IS SO ORDERED.

Dated:   **March 20, 2018**                              
UNITED STATES DISTRICT JUDGE