McGREGOR W. SCOTT
United States Attorney
MARK J. McKEON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARIE E. SHERRILL,<br><br>Defendant. | Case No. 1:15-CR-00130-DAD-BAM<br><br>FINAL ORDER OF FORFEITURE |

WHEREAS, on September 5, 2017, the Court entered a Preliminary Order of Forfeiture, pursuant to the provisions of 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Fed. R. Crim. P. 32.2(b), based upon the plea agreement entered into between plaintiff and defendant Marie E. Sherrill, forfeiting to the United States the following property:

   a. Approximately $6,658.92 in U.S. Currency seized from Wells Fargo Bank account number 8328019032 held in the name of Paypa Trail Entertainment, LLC,

   b. Approximately $120,772.00 in U.S. Currency,

   c. Approximately $21,770.00 in U.S. Currency, and

   d. A personal money judgment against Marie E. Sherrill in an amount equal to the restitution ordered to be paid to the non-governmental victims in an amount not to exceed $1.4 million, less any forfeited funds.

AND WHEREAS, beginning on September 13, 2017, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the United States completed direct written notice by certified mail to Kristina Redwine-Fox, the daughter of Marie E. Sherrill, at her last-known residential address, tracking number 7016 1370 0000 0259 4746. The certified mail parcel was returned the U.S. Attorney's Office marked "Unclaimed." The United States also sent direct written notice by certified mail to Kristina Redwine-Fox at an additional known residential address, tracking number 7016 1370 0000 0259 4739, which was signed for on September 16, 2017, by Marie E. Sherrill.

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property and the time for any person or entity to file a claim has expired;

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the below-listed property pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Fed. R. Crim. P. 32.2(b), to be disposed of according to law, including all right, title, and interest of Marie E. Sherrill and Kristina Redwine-Fox:

    a. Approximately $6,658.92 in U.S. Currency seized from Wells Fargo Bank account number 8328019032 held in the name of Paypa Trail Entertainment, LLC,

    b. Approximately $120,772.00 in U.S. Currency,

    c. Approximately $21,770.00 in U.S. Currency, and

    d. A personal money judgment against Marie E. Sherrill in the amount of

1.         $1,195,443.12.[1]

2.     All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3.     The United States Marshals Service shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated: **May 15, 2018**            _/s/ Dale A. Drozd_
                                          UNITED STATES DISTRICT JUDGE

---

[1] Pursuant to the Preliminary Order of Forfeiture filed on September 5, 2017, the amount calculated represents the total loss of non-governmental victims, less $149,200.92 in forfeited funds. The victim loss amount was retrieved from the First Amended Judgment and Commitment filed on March 20, 2018.